UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN MATTHEW FINNEGAN,

                    Plaintiff,

          -against-                                          21-CV-10946 (LTS)

DISTRICT OF COLUMBIA SUPERIOR                                CIVIL JUDGMENT
COURT; GREGORY MEIZ,

                    Defendants.

Pursuant to the order issued February 7, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the January 3, 2022 order,

the complaint is dismissed. 28 U.S.C. § 1915(e) (2)(B)(i), (ii). Under the order dated February 7,

2022, Plaintiff is barred from filing future civil actions IFP in this court without first obtaining

from the court leave to file. *See* 28 U.S.C. § 1651.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    February 7, 2022
          New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge